IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BEHNAZ SOHEILIESTAHBANATI, | § § § | |
| *Plaintiff,* | § § | 5:26-CV-00154-FB-RBF |
| vs. | § § § | |
| PAMELA JO BONDI, ATTORNEY GENERAL OF THE UNITED STATES; KRISTI NOEM, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, (DHS); TODD LYONS, ACTING DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); MIGUEL VERGARAIII, FIELD OFFICE DIRECTOR, SAN ANTONIO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); AND WARDEN OF THE KARNES COUNTY IMMIGRATION PROCESSING CENTER, | § § § § § § § § § § § § | |
| *Defendants.* | | |

## ORDER SETTING STATUS CONFERENCE

Before the Court is the Petition for Writ of Habeas Corpus. Dkt. No. 1. The District Judge referred this case for disposition of all pretrial matters pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 11. Authority to enter this Order stems from 28 U.S.C. § 636(b).

**IT IS ORDERED** that this case is set for an **attorneys-only status conference** on **March 24, 2026**, at **1:30pm CST.** The hearing will be held by video conference using the Zoom video platform. All parties are required to appear by Zoom for the hearing. The information to join the hearing is as follows:

**Join ZoomGov Meeting:** https://txwd-uscourts.zoomgov.com/j/1600078256

**Meeting ID:** 160 007 8256

The parties should check in with the Courtroom Deputy, Amber Baillio, no later than five minutes before the start of the hearing. The parties should come to the hearing prepared to discuss the Petition for Writ of Habeas Corpus, the government's response, and Petitioner's current status. The parties should also be prepared to discuss the Court's jurisdiction, about which the Court has concerns. Petitioner need not be present at the hearing. If the Court determines that an evidentiary hearing is required, the Court will set one by separate order.

**IT IS SO ORDERED.**

**SIGNED** this 9th day of March, 2026.

_____
**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**